Owen L. LARSON, Appellant

v.

UNITED STATES.

No. 16730.

United States Court of Appeals
Eighth Circuit.

March 15, 1961.

James L. McMullin, Kansas City, Mo., for appellant.

Edward L. Scheufler, U. S. Atty., Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed on motion of appellee for failure to perfect appeal.

the decision of the Tax Court of the United States.

Upon consideration of the record, the briefs and oral arguments of counsel, the Court finds that the Findings of Fact of the judge of the Tax Court are supported by substantial evidence and are not clearly erroneous, and that the inferences and conclusions drawn from the facts are correct and not clearly erroneous.

It is therefore ordered and adjudged that the decision of the Tax Court be and it is hereby affirmed upon the Findings of Fact and Opinion of Judge Raum of the Tax Court reported at 34 T.C. 130. Commissioner of Internal Revenue v. Duberstein, 363 U.S. 278, 80 S.Ct. 1190, 4 L.Ed.2d 1218. Commissioner of Internal Revenue v. Spermacet Whaling & Shipping Co., 6 Cir., 281 F.2d 646.

J. J. KIRK, INC., Petitioner,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 14319.

United States Court of Appeals
Sixth Circuit.

May 10, 1961.

Harlan Pomeroy, Cleveland, Ohio, Sherman Dye, Baker, Hostetler & Patterson, Cleveland, Ohio, on brief, for petitioner.

Richard J. Heiman, Department of Justice, Washington, D. C., Charles K. Rice, Asst. Atty. Gen., Lee A. Jackson, A. F. Prescott, Attorneys, Department of Justice, Washington, D. C., on brief, for respondent.

Before CECIL, WEICK and O'SULLIVAN, Circuit Judges.

ORDER.

This case is before the Court on petition of J. J. Kirk, Inc., for review of

INDEPENDENT OIL WORKERS UNION etc., Appellant

v.

STANDARD OIL COMPANY OF INDIANA.

No. 16685.

United States Court of Appeals
Eighth Circuit.

March 29, 1961.

Fred H. Daugherty, Chicago, Ill., for appellant.

Myron H. Atkinson, Jr., Bismarck, N. D., Karl H. Mueller, Fort Worth, Tex., and Hunter L. Johnson, Tulsa, Okl., for appellee.

PER CURIAM.

Appeal from District Court dismissed without costs to either party in this Court, on stipulation of parties.